CHARLES E. FOGERTY, Respondent, v. PITTSBURG CONTRACTING COMPANY, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $8,466; in which event, judgment as so modified and order

affirmed, without costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.